## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL'LA DEERING, | Case No.: 0:20-cv-01534-DSD-BRT |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| LOCKHEED MARTIN CORPORATION, et al., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Daniel'la Deering has retained Blaine L.M. Balow to substitute as counsel. Amy E. Boyle is no longer employed by Halunen Law and hereby withdraws as counsel for Plaintiff Daniel'la Deering.

Clayton D. Halunen and Blaine L.M. Balow of Halunen Law shall remain as counsel of record for Plaintiff Daniel'la Deering.

Dated:  October 26, 2021                          HALUNEN LAW

*/s/ Clayton D. Halunen*
Clayton D. Halunen, #219721
Blaine L.M. Balow, #0396370
1650 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  (612) 605-4098
Facsimile:  (612) 605-4099
halunen@halunenlaw.com

balow@halunenlaw.com

*ATTORNEYS FOR PLAINTIFF*