UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel'la Deering,                              **NOTICE OF WITHDRAWAL OF COUNSEL**

                Plaintiff,      Case No:      0:20-cv-01534-DSD-BRT

v.

Lockheed Martin Corporation et al

                Defendant(s).

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned provides notice that Clayton D. Halunen hereby is withdrawn as counsel for Plaintiff Daniel'la Deering.  William J. Egan, Avisen Legal, P.A., and Heidi J.K. Fessler, Innova Law Group, PLLC shall continue as counsel of record.

 Dated:  October 28, 2022                 Respectfully Submitted,

                                          By: */s/ Clayton D. Halunen*
                                          Clayton D. Halunen,
                                          Reg. No. 0219721
                                          **HALUNEN LAW**
                                          1650 IDS Center
                                          80 South 8th Street
                                          Minneapolis, MN  55402
                                          Tel: (612) 605-4098
                                          Fax: (612) 605-4099
                                          *halunen@halunenlaw.com*