# Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DANIEL'LA DEERING,<br><br>                Plaintiff,<br>v.<br><br>LOCKHEED MARTIN CORPORATION, et al.,<br><br>                Defendants. | Case No.: 0:20-cv-01534-DSD-BRT<br><br>**PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES (AMENDED III)** |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff above-named offers the following Supplemental Disclosure regarding her wage loss damages. These disclosures are based on the information reasonably available to Plaintiff at this time and are made without waiving any objections. Plaintiff reserves the right to revise, correct, supplement, or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure, as additional information becomes known.

**I.  Damages for Loss of Compensation**

In 2018, her last year of employment with Lockheed Martin, Ms. Deering earned $510,680. Her lost earnings per year to date (calculated as the difference between what she actually earned and what she would have earned at Lockheed (assuming increases of 5% per year)) offset by her income from employment following her termination, is as follows:

1

| Year | Actual Income | LM Est. | [Difference] |
|---|---|---|---|
| 2019 | $39,000 | 546,250 | [507,250] |
| 2020 | $230,0600 | 563,000 | [332,940] |
| 2021 | $196,281 | 591,000 | [394,719] |
| 2022 | $260,866 | 620,000 | [359,134] |
| 2023 (projected) | $303,500 | 652,000 | [348,500] |
| 2024 (projected) | $318,500 | 684,500 | [366,000] |
| 2025 (projected) | $334,500 | $718,000 | [383,500] |
| 2026 (projected) | $351,300 | $755,000 | [403,700] |

**Subtotal:** **[$3,095,743]**

In addition to the wage loss damages, Ms. Deering lost her health insurance, long term and short-term disability insurance, and her employer 401k match.

At trial, Ms. Deering will seek treble damages. She will also seek damages for emotional distress, punitive damages, costs, attorneys' fees, prejudgment interest, and any other damages available under the law.

Dated: May 25, 2023                              **AVISEN LEGAL, P.A.**

By: /s/ *William J. Egan*
William J. Egan (#0166029)
901 Marquette Ave., Suite 1675
Minneapolis, MN 55402
Main: (612) 584-3400
Direct: (612) 455-3974
Fax: (612) 437-4830
began@avisenlegal.com

2

**INNOVA LAW GROUP, PLLC**

By: */s/ Heidi J.K. Fessler*
15624 Europa Avenue North
Hugo, MN 55038
Minneapolis, MN 55402
Main: (651) 407-7151
Direct: (651) 278-3895

**CONARD NELSON SCHAFFER PLLC**

By: /s/ *Kaarin Nelson Schaffer*
Kaarin Nelson Schaffer (#0386919)
121 S. 8th St., Suite 1425
Minneapolis, MN 55402
kaarin@conardnelson.com
Main: 612) 808-9827

**ATTORNEYS FOR PLAINTIFF**