# Exhibit L

**From:** Erin Quist <erin@conardnelson.com>
**Sent:** Wednesday, June 7, 2023 4:07 PM
**To:** Jacobs, Benjamin K. <benjamin.jacobs@morganlewis.com>; Mackie, Eric L. <eric.mackie@morganlewis.com>; Cuttino, Jocelyn R. <jocelyn.cuttino@morganlewis.com>; jschmitt@nilanjohnson.com; dpishko@nilanjohnson.com; kschmidt@nilanjohnson.com; Burkhardt, Michael S. <michael.burkhardt@morganlewis.com>; Christinzio, Nicole <nicole.christinzio@morganlewis.com>; Dowling, Patricia A. <patricia.dowling@morganlewis.com>; PH Calendar Department <PHCalendarDepartment@morganlewis.com>
**Subject:** Plaintiff Deering Proposed Trial Exhibits and Updated Exhibit List
**Importance:** High

[EXTERNAL EMAIL]
Dear Counsel,

Please find below the link to access Plaintiff's Proposed Exhibits and updated Exhibit List.

If necessary, the password to access the file is: Deering1234!

If you have any trouble accessing the file, please contact our office immediately.

1 - Marked Exhibits and Exhibit List

Kind Regards,

## Erin D. Quist

Paralegal | 121 South 8th Street | Suite 1425 | Minneapolis, MN 55402
Phone: (612) 808-9827 | E-mail: erin@conardnelson.com
Website: www.conardnelson.com



The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, then you are hereby notified that any review, dissemination, distribution, or duplication of this communication is prohibited.  If you are not the intended recipient, then please contact the sender above by reply email and destroy all copies of the original message, to include all attachments, if any.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Daniel'la Deering, | Case No. 20-1534 (DSD/ECW) |
|---|---|
| Plaintiff, | |
| v. | |
| Lockheed Martin Corporation, et. al., | **PLAINTIFF'S EXHIBIT LIST** |
| Defendants. | |

| PRESIDING JUDGE: | PLAINTIFFS' ATTORNEYS: | DEFENDANT'S ATTORNEYS: |
|---|---|---|
| Honorable David S. Doty | Kaarin Nelson Schaffer, William J. Egan, Heidi J.K. Fessler | Michael S. Burkhardt, Jocelyn R. Cuttino, Benjamin K. Jacobs, Donald M. Lewis, Joseph G. Schmitt |
| **TRIAL DATE(S):** June 26, 2023 | **COURT REPORTER:** | **COURTROOM DEPUTY:** |

| PLF. NO | DATE OFFR. | MARKED | COMMENTS | BATES | DESCRIPTION |
|---|---|---|---|---|---|
| P-1 | | | | LMC000573-LMC000578 | Lockheed Martin Proprietary Information |
| P-2 | | | | LMC000556-LMC000558 | Lockheed Martin Protection of Sensitive Information |
| P-3 | | | | LMC000095-LMC000098 | Lockheed Martin Nondiscrimination and Equal Employment Opportunity |
| P-4 | | | | LMC006007-LMC006049 | Lockheed Martin Code of Ethics and Business Conduct |
| P-5 | | | | LMC006953-LMC006955 | Lockheed Martin Employee Discipline Process |

1

| | | | | | |
|---|---|---|---|---|---|
| P-6 | | | | LMC000998-LMC001002 | Lockheed Martin Employee Conduct and Disciplinary Action |
| P-7 | | | | LMC000684-LMC000716 | RMS Discipline Review Committee Process, March 15, 2017 |
| P-8 | | | | LMC005291 | True and correct copy of correspondence between Wronsky, Bastian, Cash to be sent as ACP re: ERC Notification |
| P-9 | | | | LMC003634 | True and correct copy of email correspondence between Maryanne Lavan, Ken Bastian, and Susan Dunnings on December 18, 2018 |
| P-10 | | | | LMC004386-LMC004387 | True and correct copy of email correspondence between Christian Midgley and Tracey Dow on January 3, 2019 |
| P-11 | | | | | Deposition of Kenneth Ray Bastian, December 21, 2021 |
| P-12 | | | | | Video Deposition of Kenneth Ray Bastian, December 21, 2021 |
| P-13 | | | | | Deposition of Billie Jo Schuermann, November 30, 2021 |
| P-14 | | | | | Video Deposition of Billie Jo Schuermann, November 30, 2021 |
| P-15 | | | | | Deposition of Sumari Stamps-Henderson, December 7, 2021 |
| P-16 | | | | | Video Deposition of Sumari Stamps-Henderson, December 7, 2021 |
| P-17 | | | | DD00003564 | True and correct copy of September 17, 2018 between Bill Egan email and Grace Speights |
| P-18 | | | | DD00003498 | True and correct copy of correspondence on October 12, 2018 between Krissy Katzenstein email to Bill Egan |
| P-19 | | | | DD00003499-DD00003502 | Document attached to correspondence on October 12, 2018 between Krissy Katzenstein email to Bill Egan |
| P-20 | | | | DD00003457 | True and correct copy of correspondence on October 26, 2018 Bill Egan email to Grace Speights |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| P-21 | | | | | DD00003458-DD00003462 | Documents attached to October 26, 2018 correspondence between Bill Egan email to Grace Speights |
| P-22 | | | | | DD00003463-DD00003464 | True and correct copy of correspondence on October 27, 2018 Grace Speights email to Bill Egan |
| P-23 | | | | | DD00003466-DD00003467 | True and correct copy of correspondence on October 30, 2018 between Grace Speights and Bill Egan |
| P-24 | | | | | DD00003468-DD00003469 | True and correct copy of correspondence on October 30, 2018 between Grace Speights and Bill Egan |
| P-25 | | | | | DD00003470 | True and correct copy of correspondence on November 1, 2018 Grace Speights email to Bill Egan |
| P-26 | | | | | LMC004396 | Daniel'la Deering Termination Notice from Lockheed Martin |
| P-27 | | | | | | Deposition of Michelle Hill, November 30, 2021 |
| P-28 | | | | | | Video Deposition of Michelle Hill, November 30, 2021 |
| P-29 | | | | | | Deposition of Susan Dunnings, November 29, 2021 |
| P-30 | | | | | | Video Deposition of Susan Dunnings, November 29, 2021 |
| P-31 | | | | | | Deposition of Maryanne Lavan Deposition, November 22, 2021 |
| P-32 | | | | | | Video Deposition of Maryanne Lavan Deposition, November 22, 2021 |
| P-33 | | | | | | Lockheed Martin Annual Report 2022 |
| P-34 | | | | | LMC004390-LMC004391 | DRC adjudication |
| P-35 | | | | | DD00000001-DD00000002 | Daniel'la Deering 2017 W-2 |
| P-36 | | | | | DD00000004-DD00000005 | Daniel'la Deering 2018 W-2 |
| P-37 | | | | | | REMOVED |
| P-38 | | | | | DD00000017 | Daniel'la Deering 2019 1099 |
| P-39 | | | | | DD00000221 | Daniel'la Deering 2017 Taxes |
| P-40 | | | | | DD00000234-DD00000255 | Daniel'la Deering 2017 Taxes (Federal and MN State) |

3

| | | | | | |
|---|---|---|---|---|---|
| P-41 | | | | DD00000257 | Daniel'la Deering 2018 Taxes |
| P-42 | | | | DD00000266-DD00000290 | Daniel'la Deering 2018 Taxes (Federal and MN State) |
| P-43 | | | | DD00000639 | Daniel'la Deering 2019 Taxes |
| P-44 | | | | DD00000647-DD00000677 | Daniel'la Deering 2019 Taxes (Federal and MN State) |
| P-45 | | | | DD00001412-DD00001413 | Daniel'la Deering 2020 Taxes |
| P-46 | | | | DD00003555-DD00003558 | Anaplan offer of employment |
| P-47 | | | | DD00003565-DD00003607 | Daniel'la Deering 2021 Federal and MN State Taxes |
| P-48 | | | | DD00003608-DD00003610 | Summary of Job Search Efforts by Daniel'la Deering |
| P-49 | | | | DD00003611-DD00003693 | Supporting Documents for Plaintiff Exhibit P-48 |
| P-50 | | | | DD00003694-DD00003698 | Current Employment Compensation Documentation |
| P-51 | | | | | |
| P-52 | | | | | |
| P-53 | | | | | |
| P-54 | | | | | |
| P-55 | | | | | |
| P-56 | | | | | |
| P-57 | | | | | |
| P-58 | | | | | |
| P-59 | | | | | |
| P-60 | | | | | |
| P-61 | | | | | |
| P-62 | | | | | |
| P-63 | | | | | |
| P-64 | | | | | |
| P-65 | | | | | |
| | | | | | |

Plaintiff reserves the right to offer additional exhibits as may be necessary for rebuttal or impeachment, as may be discovered prior to trial, or to deal with developments

4

occurring after this list is submitted. Plaintiff also reserves the right to use illustrative exhibits prepared at or before trial, as may be useful in understanding any witness's testimony. Plaintiff further reserves the right to use any pleading or deposition at trial as may be allowed by the Rules of Evidence or the Rules of Civil Procedure.

Respectfully submitted by:

**AVISEN LEGAL, P.A.**

Dated June 5, 2023

By: /s/ *William J. Egan*
William J. Egan (#0166029)
901 Marquette Ave., Suite 1675
Minneapolis, MN 55402
(612) 584-3400 Main
(612) 455-3974 Direct (612) 437-4830 Fax began@avisenlegal.com

**INNOVA LAW GROUP, PLLC**

By: /s/ *Heidi J.K. Fessler*
15624 Europa Avenue North
Hugo, MN 55038
Minneapolis, MN 55402
(651) 407-7151 Main
(651) 278-3895 Direct

**CONARD NELSON SCHAFFER PLLC**

By: /s/ *Kaarin Nelson Schaffer*
Kaarin Nelson Schaffer (#0386919)
121 S. 8th St., Suite 1425
Minneapolis, MN 55402
kaarin@conardnelson.com
(612) 808-9827 Main

**ATTORNEYS FOR PLAINTIFF**

5

6