# Exhibit N

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL'LA DEERING,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>LOCKHEED MARTIN CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No.: 0:20-cv-01534-DSD-BRT<br><br>PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES (AMENDED IV) |

　　　　Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff above-named offers the following Supplemental Disclosure regarding Plaintiff's mitigation earnings in 2019-2022. This corrects the calculations previously provided for prior mitigation of wages. Attached is a summary of past and future wage loss which considers discount rate, reasonable work life expectancy of age 67, analysis of the mitigation compensation components, and reduction to present value.

　　　　These disclosures are based on the information reasonably available to Plaintiff at this time and are made without waiving any objections. Plaintiff reserves the right to revise, correct, supplement or clarify the disclosures at any time, consistent with Rule 26(e) of the Federal Rules of Civil Procedure, as additional witnesses, documents and damages become known.

　　　　In 2019, Plaintiff earned $43,535 (See DD640)

　　　　In 2020, Plaintiff earned $234,690 (See DD1408)

1

In 2021, Plaintiff earned $200,054 (See DD3565)

In 2022, Plaintiff earned $453,261 (See DD3695) – Plaintiff's 2022 compensation included her base salary, a bonus, and actualization of Restricted Stock Units because her employer – Anaplan – was bought. Plaintiff remains employed by Anaplan Inc.

Dated: June 11, 2023

**AVISEN LEGAL, P.A.**

By: /s/ *William J. Egan*
William J. Egan (#0166029)
901 Marquette Ave., Suite 1675
Minneapolis, MN 55402
Main: (612) 584-3400
Direct: (612) 455-3974
Fax: (612) 437-4830
began@avisenlegal.com

**INNOVA LAW GROUP, PLLC**

By: */s/ Heidi J.K. Fessler*
15624 Europa Avenue North
Hugo, MN 55038
Minneapolis, MN 55402
Main: (651) 407-7151
Direct: (651) 278-3895

**CONARD NELSON SCHAFFER PLLC**

By: /s/ *Kaarin Nelson Schaffer*
Kaarin Nelson Schaffer (#0386919)
121 S. 8th St., Suite 1425
Minneapolis, MN 55402
kaarin@conardnelson.com
Main: (612) 808-9827

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT 1
DANIELLA DEERING
SUMMARY OF LOST WAGES & BENEFITS

DRAFT VERSION - 6/9/2023

| Date of Birth: | 11/13/1964 |
|---|---|
| Termination: | 12/27/2018 |
| Trial Date: | 6/26/2023 |
| Discount Rate: | 4.2% |

| | | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) | (J) | (K) | (L) | (M) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (C / 12 x A) | (D x .42) | | | (D x .04) | (D+E+F+G+H) | (Exh. 2) | | (J - K) | |
| Year | Age | No. of Months | Salary Growth | LM Base Salary | Prorated Lost Base Salary | 42% MICP Bonus | Vested RSU Awards | Vested Cash Incentive | 4.0% Employer 401(k) | Expected Lockheed Martin | Less Mitigation Earnings | Annual Loss | Present Value | Cumulative Present Value |
| 2018 | 54 | | | 263,900 | - | 110,838 | - | - | - | 110,838 | - | 110,838 | 110,838 | $ 110,838 |
| 2019 | 55 | 12 | 4.2% | 274,984 | 274,984 | 115,493 | 103,345 | 74,000 | 10,999 | 578,821 | 43,535 | 535,286 | 535,286 | $ 646,124 |
| 2020 | 56 | 12 | 4.2% | 286,533 | 286,533 | 120,344 | 136,238 | 80,000 | 11,461 | 634,576 | 234,690 | 399,886 | 399,886 | $ 1,046,010 |
| 2021 | 57 | 12 | 4.2% | 298,567 | 298,567 | 125,398 | 27,420 | 25,000 | 11,943 | 488,328 | 200,054 | 288,274 | 288,274 | $ 1,334,284 |
| 2022 | 58 | 12 | 4.2% | 311,107 | 311,107 | 130,665 | 75,830 | 64,750 | 12,444 | 594,796 | 463,661 | 131,135 | 131,135 | $ 1,465,419 |
| 2023 | 59 | 6 | 4.2% | 324,173 | 162,087 | 68,077 | 37,915 | 32,375 | 6,483 | 306,937 | 238,045 | 68,892 | 68,892 | $ 1,534,311 |
| **Past Loss** | | | | | | | | | | | | | $ 1,534,311 | |
| 2023 | 59 | 6 | | 324,173 | 162,087 | 68,077 | 37,915 | 32,375 | 6,483 | 306,937 | 238,045 | 68,892 | 67,490 | $ 1,601,801 |
| 2024 | 60 | 12 | 4.2% | 337,788 | 337,788 | 141,871 | 75,830 | 64,750 | 13,512 | 633,751 | 489,901 | 143,850 | 135,241 | $ 1,737,042 |
| 2025 | 61 | 12 | 4.2% | 351,975 | 351,975 | 147,830 | 75,830 | 64,750 | 14,079 | 654,464 | 504,292 | 150,172 | 135,494 | $ 1,872,536 |
| 2026 | 62 | 12 | 4.2% | 366,758 | 366,758 | 154,038 | 75,830 | 64,750 | 14,670 | 676,046 | 372,048 | 303,998 | 263,229 | $ 2,135,765 |
| 2027 | 63 | 12 | 4.2% | 382,162 | 382,162 | 160,508 | 75,830 | 64,750 | 15,286 | 698,536 | 387,674 | 310,862 | 258,323 | $ 2,394,088 |
| 2028 | 64 | 12 | 4.2% | 398,213 | 398,213 | 167,249 | 75,830 | 64,750 | 15,929 | 721,971 | 403,956 | 318,015 | 253,615 | $ 2,647,703 |
| 2029 | 65 | 12 | 4.2% | 414,938 | 414,938 | 174,274 | 75,830 | 64,750 | 16,598 | 746,390 | 420,922 | 325,468 | 249,097 | $ 2,896,800 |
| 2030 | 66 | 12 | 4.2% | 432,365 | 432,365 | 181,593 | 75,830 | 64,750 | 17,295 | 771,833 | 438,600 | 333,233 | 244,760 | $ 3,141,560 |
| 2031 | 67 | 12 | 4.2% | 450,524 | 450,524 | 189,220 | 75,830 | 64,750 | 18,021 | 798,345 | 457,022 | 341,323 | 240,597 | $ 3,382,157 |
| **Future Loss** | | | | | | | | | | | | | $ 1,847,846 | |
| **Total Loss** | | 13.0 | years | | 4,630,088 | 2,055,475 | 1,025,303 | 826,500 | 185,203 | 8,722,569 | 4,892,445 | 3,830,124 | $ 3,382,157 | |

EXHIBIT 2
DANIELLA DEERING
SUMMARY OF MITIGATION EARNINGS

| | | (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (C / 12 x A) | (D x .2) | | (D x .04) | | (D+E+F+G+H) |
| Year | Age | No. of Months | Salary Growth | Anaplan Base Salary | Prorated Base Salary | 20% Incentive Bonus | Anaplan RSU Payments | 4.0% Employer 401(k) | Tax Return Mitigation Wages | Total Mitigation Earnings |
| 2019 | 55 | 12 | | | | | | | 43,535 | 43,535 |
| 2020 | 56 | 12 | | | | | | | 234,690 | 234,690 |
| 2021 | 57 | 12 | | | | | | | 200,054 | 200,054 |
| 2022 | 58 | 12 | | 260,000 | | | | 10,400 | 453,261 | 463,661 |
| 2023 | 59 | 6 | 2.0% | 265,200 | 132,600 | 26,520 | 73,621 | 5,304 | | 238,045 |
| | | | | | | | | | | |
| 2023 | 59 | 6 | | 265,200 | 132,600 | 26,520 | 73,621 | 5,304 | | 238,045 |
| 2024 | 60 | 12 | 4.2% | 276,338 | 276,338 | 55,268 | 147,241 | 11,054 | | 489,901 |
| 2025 | 61 | 12 | 4.2% | 287,944 | 287,944 | 57,589 | 147,241 | 11,518 | | 504,292 |
| 2026 | 62 | 12 | 4.2% | 300,038 | 300,038 | 60,008 | - | 12,002 | | 372,048 |
| 2027 | 63 | 12 | 4.2% | 312,640 | 312,640 | 62,528 | - | 12,506 | | 387,674 |
| 2028 | 64 | 12 | 4.2% | 325,771 | 325,771 | 65,154 | - | 13,031 | | 403,956 |
| 2029 | 65 | 12 | 4.2% | 339,453 | 339,453 | 67,891 | - | 13,578 | | 420,922 |
| 2030 | 66 | 12 | 4.2% | 353,710 | 353,710 | 70,742 | - | 14,148 | | 438,600 |
| 2031 | 67 | 12 | 4.2% | 368,566 | 368,566 | 73,713 | - | 14,743 | | 457,022 |
| | | 13.0 | years | | 2,829,660 | 565,933 | 441,724 | 123,588 | 931,540 | $ 4,892,445 |