# Exhibit O

**From:** Kaarin Nelson Schaffer <Kaarin@conardnelson.com>
**Sent:** Sunday, June 11, 2023 5:50 PM
**To:** Joseph G. Schmitt <jschmitt@nilanjohnson.com>; Jacobs, Benjamin K. <benjamin.jacobs@morganlewis.com>
**Cc:** Heidi J.K. Fessler <hfessler@innovalawgroup.com>; Bill Egan <began@avisenlegal.com>; Bill Gilbert <bill@wagilbert.com>; Burkhardt, Michael S. <michael.burkhardt@morganlewis.com>; Erin Quist <erin@conardnelson.com>
**Subject:** Updated Damages Calculation

Counsel,

Please find attached, an updated supplement correcting my error from May as well as a damages on mitigation summary that is supported by the documents that have been produced.

Thank you,
Kaarin

Kaarin Nelson Schaffer

Partner and Trial Attorney | 121 South 8th Street | Suite 1425 | Minneapolis, MN 55402
Phone: (612) 247-5643 | E-mail: kaarin@conardnelson.com
Website: www.conardnelson.com



The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, then you are hereby notified that any review, dissemination, distribution, or duplication of this communication is prohibited.  If you are not the intended recipient, then please contact the sender above by reply email and destroy all copies of the original message, to include all attachments, if any.

PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.