# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL'LA DEERING,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Civil Action No. 0:20-cv-1534 (DSD/BRT)<br><br>**LR 7.1(a)(1) MEET AND CONFER STATEMENT REGARDING DEFENDANT LOCKHEED MARTIN CORPORATION'S EMERGENCY MOTION FOR THE SANCTION OF DISMISSAL WITH PREJUDICE** |

I, Benjamin K. Jacobs, representing Defendant Lockheed Martin Corporation ("Defendant"), certify that I conferred by telephone on June 12, 2023 with counsel for Plaintiff regarding resolution of Defendant's Emergency Motion for the Sanction of Dismissal With Prejudice.

The parties were unable to reach a resolution on any part of the Motion.

Dated: June 12, 2023

/s/ Joseph G. Schmitt
Joseph G. Schmitt, Reg. No. 231447
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN  55401
Tel:  (612) 305-7500
Email:  jschmitt@nilanjohnson.com


/s/ Michael S. Burkhardt
Michael S. Burkhardt (admitted pro hac vice)
Benjamin K. Jacobs (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street

                          Philadelphia, PA  19103
                          Tel:  (215) 963-5000
                          Email: *michael.burkhardt@morganlewis.com*
                                    *benjamin.jacobs@morganlewis.com*

                        *Attorneys for Defendant*
                        *Lockheed Martin Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, I caused a copy of the foregoing document to be served upon all counsel of record.

*/s/ Benjamin K. Jacobs*