UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-1534(DSD/BRT)

Daniel'la Deering,

        Plaintiff,

v.                                                         **ORDER**

Lockheed Martin Corporation,

        Defendant.

    This matter is before the court sua sponte in connection with defendant's emergency motion for sanctions and pursuant to Local Rule 16.5(d)(2). Based on the allegations made in the motion, the court finds it appropriate and necessary for plaintiff to provide the court with the confidential settlement letters she sent to the magistrate judge in advance of the two settlement conferences held in this matter on January 19, 2022, and November 8, 2022. The letters shall be submitted to the court by Wednesday, June 14, 2023, and shall be filed under seal for in camera review. Defendants shall not be granted access to the letters.

Dated: June 13, 2023

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court