| | |
|---|---|
| **From:** | Kaarin Nelson Schaffer |
| **To:** | Joseph G. Schmitt; Bill Egan; Heidi J.K. Fessler |
| **Cc:** | Burkhardt, Michael S.; Jacobs, Benjamin K.; Mackie, Eric L. |
| **Subject:** | RE: Deering Follow Up |
| **Date:** | Friday, June 9, 2023 7:43:00 PM |
| **Attachments:** | image001.png |

Joe,

One more thing, we will agree to a continuance if you feel it is necessary to allow you to get up to speed on the damages issues. And/or we could discuss with the Court re-opening discovery for the limited purpose of hiring damages experts.

Kaarin

**From:** Joseph G. Schmitt <jschmitt@nilanjohnson.com>
**Sent:** Friday, June 9, 2023 7:27 PM
**To:** Kaarin Nelson Schaffer <Kaarin@conardnelson.com>
**Cc:** Burkhardt, Michael S. <michael.burkhardt@morganlewis.com>; Jacobs, Benjamin K. <benjamin.jacobs@morganlewis.com>; Mackie, Eric L. <eric.mackie@morganlewis.com>
**Subject:** RE: Deering Follow Up

Kaarin,

Putting aside the other issues – I just want to confirm that you have no economist or expert witnesses in this matter.  You reference an economist below, which is the reason for my question.

That doesn't mean that you can't consult with someone, of course, but if you intend to ask the Court to present expert testimony we obviously need to know that.

Thanks,

Joe

**JOSEPH SCHMITT**
he|him|his
Attorney
o. 612.305.7577 ▪ m. 612.670.3967
jschmitt@nilanjohnson.com

**From:** Kaarin Nelson Schaffer <Kaarin@conardnelson.com>
**Sent:** Friday, June 9, 2023 5:50 PM
**To:** Joseph G. Schmitt <jschmitt@nilanjohnson.com>
**Subject:** Deering Follow Up

Joe,



Thank you for the call this morning. I am looking through the documentation I sent to you back in May. I made an error in not putting all the forms of Ms. Deering's compensation in her 2022 compensation at Anaplan. She received a bonus and RSUs that I missed. We delivered all of the documents related to that number a few days ago. We will update the number and are working with an economist to make sure its accurate. In the meantime, it appears this new analysis will work to your client's benefit by reducing the calculation of lost wages.

I am around this weekend if you'd like to discuss this further.

Thank you,
Kaarin

# Kaarin Nelson Schaffer

Partner and Trial Attorney | 121 South 8th Street | Suite 1425 | Minneapolis, MN 55402
Phone: (612) 247-5643 | E-mail: kaarin@conardnelson.com
Website: www.conardnelson.com



The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above.  If you are not the intended recipient, then you are hereby notified that any review, dissemination, distribution, or duplication of this communication is prohibited.  If you are not the intended recipient, then please contact the sender above by reply email and destroy all copies of the original message, to include all attachments, if any.


PRIVILEGE AND CONFIDENTIALITY NOTICE - This message and any attachments may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or authorized to receive for the recipient, you are notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments.