EXHIBIT 2
DANIELLA DEERING
SUMMARY OF MITIGATION EARNINGS

| Year | Age | (A) No. of Months | (B) Salary Growth | (C) Anaplan Base Salary | (D) (C / 12 x A) Prorated Base Salary | (E) (D x .2) 20% Incentive Bonus | (F) Anaplan RSU Payments | (G) (D x .04) 4.0% Employer 401(k) | (H) Tax Return Mitigation Wages | (I) (D+E+F+G+H) Total Mitigation Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | 55 | 12 | | | | | | | 43,535 | 43,535 |
| 2020 | 56 | 12 | | | | | | | 234,690 | 234,690 |
| 2021 | 57 | 12 | | | | | | | 200,054 | 200,054 |
| 2022 | 58 | 12 | | 260,000 | | | | 10,400 | 453,261 | 463,661 |
| 2023 | 59 | 6 | 2.0% | 265,200 | 132,600 | 26,520 | 73,621 | 5,304 | | 238,045 |
| | | | | | | | | | | |
| 2023 | 59 | 6 | | 265,200 | 132,600 | 26,520 | 73,621 | 5,304 | | 238,045 |
| 2024 | 60 | 12 | 4.2% | 276,338 | 276,338 | 55,268 | 147,241 | 11,054 | | 489,901 |
| 2025 | 61 | 12 | 4.2% | 287,944 | 287,944 | 57,589 | 147,241 | 11,518 | | 504,292 |
| 2026 | 62 | 12 | 4.2% | 300,038 | 300,038 | 60,008 | - | 12,002 | | 372,048 |
| 2027 | 63 | 12 | 4.2% | 312,640 | 312,640 | 62,528 | - | 12,506 | | 387,674 |
| 2028 | 64 | 12 | 4.2% | 325,771 | 325,771 | 65,154 | - | 13,031 | | 403,956 |
| 2029 | 65 | 12 | 4.2% | 339,453 | 339,453 | 67,891 | - | 13,578 | | 420,922 |
| 2030 | 66 | 12 | 4.2% | 353,710 | 353,710 | 70,742 | - | 14,148 | | 438,600 |
| 2031 | 67 | 12 | 4.2% | 368,566 | 368,566 | 73,713 | - | 14,743 | | 457,022 |
| | | 13.0 years | | | 2,829,660 | 565,933 | 441,724 | 123,588 | 931,540 | $ 4,892,445 |