# Exhibit A

Payslip: Daniel'la Deering: 10/22/2021 (Regular) - Complete

CONFIDENTIAL

01:13 PM
12/09/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Hoffman Enclosures, Inc. | 2100 Hoffman Way<br>Anoka, MN 55303<br>United States of America | +1 (763) 2047700 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Daniel'la Deering | 2007174 | 10/16/2021 | 10/31/2021 | 10/29/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 7,634.14 | 774.37 | 1,981.89 | 21.19 | 4,856.69 |
| YTD | 145,518.34 | 15,062.71 | 41,058.08 | 349.82 | 95,632.14 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Fund Repayment (Fund Repayment) | | | | | 0.00 | 6,584.41 |
| Salary | 10/16/2021 - 10/22/2021 | 43.335 | 96.153846 | 4,166.83 | 1,369.329585 | 131,666.35 |
| Vacation - Payout | 10/16/2021 - 10/22/2021 | 36.06 | 96.153846 | 3,467.31 | 36.06 | 3,467.31 |
| Vacation - Salary | | | | | 84.00 | 8,076.96 |
| Holiday - Floating Salary | 10/01/2021 - 10/15/2021 | 8.00 | 96.153846 | 769.24 | 24.00 | 2,307.72 |
| Salary | 10/01/2021 - 10/15/2021 | 78.67 | 96.153846 | 7,564.42 | | |
| Salary | 10/01/2021 - 10/15/2021 | -86.67 | 96.153846 | (8,333.66) | | |
| | | | Total: | 7,634.14 | | 152,102.75 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 406.60 | 8,853.60 |
| Medicare | 109.10 | 2,084.61 |
| Federal Withholding | 1,090.19 | 22,119.87 |
| State Tax - MN | 376.00 | 8,000.00 |
| Total: | 1,981.89 | 41,058.08 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Pre-Tax | 610.74 | 12,444.63 |
| Dental Plan | 14.63 | 234.08 |
| Health Savings Account | 25.00 | 400.00 |
| Medical Plan | 124.00 | 1,984.00 |
| Total: | 774.37 | 15,062.71 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident | 9.10 | 145.60 |
| Critical Illness | 11.25 | 180.00 |
| ESPP - Employee | 0.84 | 24.22 |
| Total: | 21.19 | 349.82 |

DD003749