# Exhibit C

<u>As to Content:</u>

STATE OF MINNESOTA
COUNY OF HENNEPIN

Daniel'la Deering, being duly sworn, deposes and says that I am the Plaintiff in this action, that I have read the foregoing Answers to Interrogatories, I know the contents thereof, and the same are true to my knowledge, information and belief.

Dated this 6th day of April, 20 21.

_____
Daniel'la Deering

STATE OF MINNESOTA
COUNTY OF HENNEPIN

This instrument was acknowledged before me on this ___Sixth___ day of ___April___, 20 __21__ by ___Charles Mitchell___.

s/ _____
Notary Public

Printed Name: ___Charles Mitchell___

My Commission Expires: ___Jan 31st 2026___

[Notary stamp: CHARLES MITCHELL, NOTARY PUBLIC-MINNESOTA, My Commission Expires Jan. 31, 2026]