# Exhibit D

Page 1

```
             STATES DISTRICT COURT
              DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL'LA DEERING,         ) Case No. 0:22-cv-01534-DSD-BRT
                           )
           Plaintiff,      )
vs.                        )
                           )
LOCKHEED MARTIN            )
CORPORATION,               )
                           )
           Defendant.      )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -



              AUDIO-VIDEO DEPOSITION OF
                  DANIEL'LA DEERING
                  NOVEMBER 1, 2021
                      9:00 A.M.




          Sheila G. Smith, RPR (CSR-IOWA)
             Court Reporter/Notary Public

                MAGNA LEGAL SERVICES
                   866-624-6221
                  www.MagnaLS.com
```



```
                                                              Page 8
 1                 COURT REPORTER:  Thank you.
 2                 MR. BURKHARDT:  Are we ready?
 3                 COURT REPORTER:  I'm ready.
 4                 MR. BURKHARDT:  Okay.  Great.
 5                       DANIEL'LA DEERING,
 6      having been placed under oath, was examined and
 7      testified as follows:
 8                           EXAMINATION
 9   BY MR. BURKHARDT:
10   Q   Good morning, Ms. Deering.
11   A   Good morning, Michael.
12   Q   We've met before.  As you know, my name is Michael
13       Burkhardt.  I represent Lockheed Martin in the matter
14       that you have filed against the company.
15              So you've participated in many, many
16       depositions, I presume.  Is that correct?
17   A   That's correct.
18   Q   Okay.  So you know the basic rules, but just as a
19       reminder, obviously we can't talk over each other.
20       It's important for the record that you let me finish
21       my question; then I let you finish your answer.
22              And obviously if your counsel objects to a
23       question, the parties --
24              And I presume, Clayton, we're all in
25       agreement to preserve all objections except as to
```



1       form.  Are we in agreement on that?
2                   MR. HALUNEN:  We are in agreement.
3                   MR. BURKHARDT:  I didn't hear you.  I'm
4       sorry.
5                   COURT REPORTER:  I'm sorry?
6                   MR. HALUNEN:  Yes, we are in agreement.
7       BY MR. BURKHARDT:
8    Q  Okay.  Ms. Deering, are you under the influence of
9       any medicine, drugs, or alcohol that would affect
10      your ability to testify truthfully and completely
11      today?
12   A  I am not.
13   Q  Where are you currently employed?
14   A  NVent.
15                  COURT REPORTER:  I'm sorry.  Can you spell
16      that for me?
17                  THE WITNESS:  Yes.  The letter "n," capital
18      V-e-n-t.
19      BY MR. BURKHARDT:
20   Q  And what is your job title?
21   A  I'm Associate General Counsel Director.
22   Q  And can you summarize your compensation package for
23      me?
24   A  Yes.  My base salary is $200,000; I have bonus
25      compensation, but not guaranteed, but when they do



```
 1            have bonuses, it's at 35 percent of your salary; and
 2            I was also awarded shares worth $40,000 that vest
 3            over a three-year period.
 4    Q       Okay.  And the bonus, that's a target bonus
 5            percentage?  Is that correct?
 6    A       That is a target percentage.
 7    Q       So you could, in theory, get higher than the
 8            equivalent of 35 percent of your base salary.
 9            Correct?
10    A       No, 35 percent is the ceiling, but it could be --
11    Q       That's the ceiling?
12    A       But it could be a floor -- it could be less than that
13            or no bonus at all.
14    Q       And what services are you performing for nVent?
15    A       I am segment counsel for their Enclosure segment.
16            It's the largest of the -- of the three business
17            segments for the company.  I provide legal advice to
18            the business on a variety of areas -- contracts, both
19            domestic and international; IP issues as they arise;
20            employment law issues as they arise; I manage a
21            contracts manager and basically serve as a member of
22            the leadership team for the Enclosures business, and
23            I have hard-line reporting to the legal department
24            and dotted-line reporting to my segment president.
25    Q       Are you performing any employment law services for
```



Page 11

 1     nVent?
 2  A  I am.
 3  Q  So that's included in the overall description of your
 4     job duties?
 5  A  Yes.  I'm very much a generalist.
 6  Q  And when did you start in that role?
 7  A  In February of this year, 2021.
 8  Q  You're getting paid as a W2 employee.  Is that
 9     correct?
10  A  Yes, I am an employee.
11  Q  And what was your role -- your job immediately prior
12     to working for nVent?
13  A  I work for the Forum Group, which is a legal search
14     firm.  They hire contract attorneys and place them at
15     businesses, and I was placed at Land O'Lakes.
16            COURT REPORTER:  I'm sorry.  I'm sorry,
17     could you say the name of the company again?
18            THE WITNESS:  Land O'Lakes.
19            COURT REPORTER:  No, no, the first one.
20            THE WITNESS:  Oh, the Forum Group?
21            COURT REPORTER:  Yes.
22            MR. BURKHARDT:  The Forum Group.
23            COURT REPORTER:  Forum.  Thank you.
24            THE WITNESS:  Forum, F-o-r-u-m.
25            COURT REPORTER:  Thank you.



Page 153

1  Q    What's your Master's degree in?
2  A    Public administration with emphasis in business.
3  Q    Okay.  So in discovery, you know, we asked,
4       obviously, for all documentation relating to your
5       efforts to find alternative employment outside of
6       Lockheed Martin.  Do you remember those requests?
7  A    Yes.
8  Q    Did you provide us everything that you have in your
9       possession with regard to your efforts?
10 A    I did.
11 Q    So there's no emails, notifications, or anything that
12      you failed to produce?
13 A    I produced everything related to my job search.
14 Q    Is there anything that you failed to retain
15      concerning your job efforts?
16              MR. HALUNEN:  Object, vague.
17              Go ahead and state your understanding.
18              COURT REPORTER:  I'm sorry, I can't hear
19      you.  "Object, vague," and then what?
20              MR. HALUNEN:  I'll stop there.  Object as
21      to vague.
22 BY MR. BURKHARDT:
23 Q    You understand my question.  Right?
24 A    Please restate it since...
25 Q    Is there any documentation that you failed to retain



Page 161

```
 1        Counsel?
 2              THE WITNESS:  Corporate Counsel
 3        Associations.
 4   A    They'll send out postings from legal recruiters to
 5        their members so that you can just submit your resume
 6        for jobs.
 7   Q    Other than these two instances, did you reach out to
 8        any other legal recruiters to help find a job?
 9   A    No, I didn't.
10   Q    Why not?
11   A    Because there were a lot of postings online.
12   Q    Any other reason?
13   A    No.
14   Q    Okay.  And are those the only two?
15              I'm going to just scroll down here to the
16        next page, which says all "Indeed;" and then the
17        third page, the source is Indeed for all of these.
18   A    Umhum.
19   Q    The fourth page also appears to be all Indeed.
20        Right?
21   A    Yes.
22   Q    And on the fifth page, it looks all Indeed.
23              Are there any efforts beyond December of
24        2020 that you've made to secure other employment that
25        are not in this document?
```



Page 162

```
 1   A    Not that I'm aware of.
 2             It's exhausting and disheartening to keep
 3        applying for jobs and not getting anything.
 4   Q    Right.  Is that the reason why you haven't applied
 5        for any positions after December 2020?
 6   A    I don't know if I -- I'll need to update that if I
 7        have.  I'll have to check.  I may have submitted a
 8        couple applications, but not many.
 9             I didn't start my job with nVent until
10        February 2021, so we'll need to update that.
11   Q    Have you applied -- have you looked for any
12        alternative employment while you've been working for
13        nVent?
14   A    No.
15   Q    So you may have applied to a few jobs between the end
16        of December and February of 2021, but you haven't
17        done any since.  Is that correct?
18   A    That's correct.
19   Q    Okay.  I'm scrolling through here, and I'm doing it
20        fast but just trying look for nVent on here.  Is that
21        something you applied online --
22   A    Yes.
23   Q    -- to or --
24   A    Umhum.  Yes.  That -- we'll need to update that.
25   Q    Okay.  So you applied to nVent at some point after
```

