# Exhibit G

**From:** Jacobs, Benjamin K.
**Sent:** Thursday, June 22, 2023 6:57:56 PM
**To:** Bill Egan; Burkhardt, Michael S.; Mackie, Eric L.; jschmitt@nilanjohnson.com
**Cc:** Kaarin Nelson Schaffer; Bill Gilbert; Heidi J.K. Fessler; Erin Quist
**Subject:** RE: Supplemental Production
**Sensitivity:** Normal

---

Bill:

Please provide more information immediately about what you are and are not producing here. First, are you representing that this production contains all responsive documents to our requests with respect to Anaplan and nVent? We still don't see in here any Anaplan application (for the 2021 role she actually got), any communications about her recruitment or interviews for that role, or any documents relating to her resignation from nVent. All of those are responsive to our discovery requests and are especially important now based on the Response you filed yesterday.

We have similar questions about the RIF documents. Are you representing that this production contains all responsive documents to our requests relating to the RIF?  Just as one example, the Notice says that Ms. Deering received a communication from her management about the RIF, but we do not see that.

Please let us know immediately.

**Benjamin Jacobs**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5651 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.215.620.6697
benjamin.jacobs@morganlewis.com | www.morganlewis.com

---

**From:** Bill Egan <began@avisenlegal.com>
**Sent:** Thursday, June 22, 2023 6:44 PM
**To:** Burkhardt, Michael S. <michael.burkhardt@morganlewis.com>; Mackie, Eric L. <eric.mackie@morganlewis.com>; Jacobs, Benjamin K. <benjamin.jacobs@morganlewis.com>; jschmitt@nilanjohnson.com
**Cc:** Kaarin Nelson Schaffer <Kaarin@conardnelson.com>; Bill Gilbert <bill@wagilbert.com>; Heidi J.K. Fessler <hfessler@innovalawgroup.com>; Erin Quist <erin@conardnelson.com>
**Subject:** Supplemental Production

[EXTERNAL EMAIL]
Gentlemen,

Please see the attached.

Best Regards,

**Bill Egan**
**Trusted Adviser**



Avisen Legal, P.A.
901 Marquette Avenue
AT&T Tower, Suite 1675
Minneapolis, Minnesota 55402

612-455-3974 | Direct
612-584-3400 | Main
612-201-8443 | Mobile
www.avisenlegal.com
began@avisenlegal.com
Bio
LinkedIn

This is a transmission from the law firm of Avisen Legal, P.A. and may contain information that is privileged, confidential, and protected by attorney-client or attorney work product privileges.  If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (612) 584-3400.