# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL'LA DEERING,<br><br>   Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, et al.,<br><br>   Defendants. | **Case No.: 0:20-cv-01534-DSD-ECW**<br><br>**NOTICE OF WITHDRAWAL** |

COMES NOW, William A. Gilbert and Gilbert Law Firm, P.S., and pursuant to Local Rule 83.7(a), hereby gives notice of intent to withdraw as legal counsel for Plaintiff, DANIEL'LA DEERING, in the above captioned action effective upon the filing of this Notice.

GILBERT LAW FIRM, P.S.

*/s/ William A. Gilbert*
William A. Gilbert, WSBA #30592
Attorney for Plaintiff

NOTICE OF WITHDRAWAL
PAGE 1 OF 2

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, AVE., SUITE 353
SPOKANE, WA 99201
(509) 321-0750 • FAX: (509) 343-3315

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2023, I caused a copy of the foregoing document to be served upon all counsel of record.

            GILBERT LAW FIRM, P.S.

            */s/ William A. Gilbert*
            William A. Gilbert, WSBA #30592
            Attorney for Plaintiff

NOTICE OF WITHDRAWAL
PAGE 2 OF 2

**GILBERT LAW FIRM, P.S.**
421 W. RIVERSIDE, AVE., SUITE 353
SPOKANE, WA 99201
(509) 321-0750 • FAX: (509) 343-3315