**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DANIEL'LA DEERING,

        Plaintiff,

vs.

LOCKHEED MARTIN CORPORATION,

        Defendant.

Case No.: 0:20-cv-01534 DSD-ECW

**NOTICE OF WITHDRAWAL AND**
**SUBSTITUTION OF ATTORNEY**

---

**PLEASE TAKE NOTICE** that Kaarin Nelson Schaffer of the law firm CONRAD

NELSON SCHAFFER, William T. Egan of the law firm AVISEN LEGAL, P.A., and

Heidi J.K. Fessler of the law firm INNOVA LAW GROUP, PLLC, hereby withdraw as

counsel for Plaintiff Daniel'la Deering in this matter.

The law firm of BASSFORD REMELE, A PROFESSIONAL ASSOCIATION, is

hereby substituted as counsel for Plaintiff Daniel'la Deering.

Copies of all pleadings and notices of all proceedings subsequent to the service of

this Notice should be served upon Bassford Remele, P.A.  at:

    Daniel R. Olson
    Danielle W. Fitzsimmons
    Peggah Navab
    Michael J. Pfau
    BASSFORD REMELE, P.A.
    100 South 5th Street, Suite 1500
    Minneapolis, MN 55402-1254
    dolson@bassford.com
    dfitzsimmons@bassford.com
    pnavab@bassford.com
    mpfau@bassford.com

**BASSFORD REMELE**
*A Professional Association*

Dated: July 11, 2023

By:  */s/ Daniel R. Olson*
Daniel R. Olson (#389235)
Danielle W. Fitzsimmons (#391130)
Peggah Navab (#402767)
Michael J. Pfau (#402787)
100 South Fifth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 333-3000
dolson@bassford.com
dfitzsimmons@bassford.com
pnavab@bassford.com
mpfau@bassford.com

*Substituted Counsel for Plaintiff*

**CONRAD NELSON SCHAFFER**

Dated: July 11, 2023

By:  */s/ Kaarin Nelson Schaffer*
Kaarin Nelson Schaffer (#0386919)
121 South 8th Street, Suite 1425
Minneapolis, MN  55402
Telephone: (612) 808-9827
kaarin@conradnelson.com

*Withdrawing Counsel*

**AVISEN LEGAL, P.A.**

Dated: July 11, 2023

By:  */s/ William J. Egan*
William J. Egan (#0166029)
901 Marquette Ave., Suite 1675
Minneapolis, MN  55402
Telephone: (612) 437-4830
began@avisenlegal.com

*Withdrawing Counsel*

2

3

**INNOVA LAW GROUP, PLLC**

Dated: July 11, 2023                    By: */s/ Heidi J.K. Fessler*
                                        Heidi J.K. Fessler (#0226798)
                                        15624 Europa Avenue North
                                        Hugo, MN 55038
                                        Telephone: (612) 278-3895
                                        hfessler@innovalawgroup.com

                                        *Withdrawing Counsel*