## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL'LA DEERING, | Case No.: 0:20-cv-01534 (DSD/ECW) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| LOCKHEED MARTIN CORPORATION, | |
| Defendant. | |

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3(a) and 4(a), Plaintiff Daniel'la Deering appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered on July 18, 2023 (Dkt. No. 247) and the District Court's corresponding Order dated July 17, 2023 (Dkt. No. 246) granting Defendant's emergency motion for sanctions of dismissal with prejudice and granting Defendant's motion to dismiss with prejudice under Rule 37(c)(1)(C) of the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | **BASSFORD REMELE** <br> *A Professional Association* |
| Dated: August 14, 2023 | By: */s/ Daniel R. Olson* <br> Daniel R. Olson (#389235) <br> Danielle W. Fitzsimmons (#391130) <br> Peggah Navab (#402767) <br> Michael J. Pfau (#402787) <br> 100 South Fifth Street, Suite 1500 <br> Minneapolis, MN  55402 <br> Telephone: (612) 333-3000 <br> dolson@bassford.com <br> dfitzsimmons@bassford.com <br> pnavab@bassford.com <br> mpfau@bassford.com <br> <br> *Counsel for Plaintiff* |