```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
               CIVIL NO. 20-1534(DSD/ECW)
```

Lockheed Martin Corporation,

    Defendant/Creditor

v.                                                **ORDER**

Daniel'La Deering
P.O. Box 16362
Minneapolis, MN 55416,

    Plaintiff/Debtor,
and

Wells Fargo Bank National
Association,

    Third Party Garnishee.

Based upon the parties' agreement, **IT IS HEREBY ORDERED that**:

1. Lockheed Martin's objection is modified in the amount of $850.00;

2. Deering's claim of exemption is modified in the amount of $850.00; and

3. Garnishee Wells Fargo Bank National Association shall remit $850.00 of the frozen funds to Lockheed Martin and may return the remaining $596.74 to Deering.

Dated: November 12, 2025    s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court